UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 1 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM
CLERK

Civil Action No. **09CV02911**   *BηB*

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

CLOVIS CARL GREEN, JR.,

      Plaintiff,

v.

EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

      Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Fort Lyon, Colorado,

correctional facility.  Mr. Green has submitted to the Court *pro se* a motion for a court

order to toll the two-year statute of limitations in this action.  For the reasons stated

below, the action will be dismissed.

      Mr. Green has been permanently enjoined from filing any *pro se* civil complaints

in this Court without first obtaining leave of court to proceed *pro se*.  *See* Modified

Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996).  In order to

obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he

seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action"

that includes the information specified in the sanction order.  He has failed to submit, as

required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court.  Accordingly, it is

ORDERED that the clerk of the Court commence this civil action.  It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions.  It is

FURTHER ORDERED that the motion for a court order to toll the two-year statute of limitations in this action is denied as moot.

DATED at Denver, Colorado, this __11__ day of __December__, 2009.

BY THE COURT:

ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   **09CV02911**

Clovis Carl Green, Jr.
Prisoner No.  69277
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ___12/11/09___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk